N. R. JONES &c. v. PEARCE & SON.

Pleadings—Amended Answer as Counter-claim Filed.

  Where the allegations in an amended counter-claim, show facts
  material to the issue, on motion, it should be permitted to be filed, it
  having the effect of requiring the plaintiff to verify his defense to the
  the counter-claim.

APPEAL FROM BATH CIRCUIT COURT.

April 24, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

This suit was brought in February 1862 when business in the
courts, if not suspended, was greatly interrupted by the Civil
war then flagrant and raging, and at the next term an answer
and counter-claim were filed which do not appear to have been
verified by any one.

Nevertheless in June 1864 a reply to the counter-claim seems
to have been filed, which was not signed or verified. From that
time the case seems to have languished without even an order of
continuance until the 20th of March 1867, when the defendants
presented and moved to be permitted to file an amended answer
and counter-calim, verified by the affidavit of N. R. Jones, one
of the defendants, stating that he believed the statements thereof
were true, and that the facts were in the personal knowledge of
the plaintiffs, and the attorney of the plaintiffs could not truth-
fully verify, by his oath and affidavit, and answer thereto.

The alegations of the amended counter-claim, appear to have
been material and the motion had the effect of requiring the plain-
tiffs to verify their defense to the counter-claim according to sect.
611 of the Civil Code, as amended in 1865.

And this, under all the circumstances of the case, the court
should, we think, have permitted, before trying the case, and for
the error in refusing to do so judgment should have been set
aside.

Wherefore the judgment is reversed and the cause remanded

for a new trial and for further proceedings not inconsistent with this opinion.

*Simpson, Nesbitt & Gudgell, for appellant.*

*Wadsworth, Lacy, for appellee.*